# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

## No. 201700258

---

### UNITED STATES OF AMERICA
Appellee

v.

### CHIRAG H. PATEL
Seaman Apprentice (E-2), U.S. Navy
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Robert P. Monahan, Jr., JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander I.C. Lemoyne, JAGC, USN.
For Appellant: Commander R. Don Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 31 October 2017

---

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court